ENTERED
RECEIVED

NOV 2 0 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY



08-CV-00397-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MANUEL RUIZ-MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CV08-0397-JLR-JPD<br>CR05-281-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's motion, together with all materials in support of and in opposition to that document, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and the case is DISMISSED with prejudice.

///

///

///

ORDER OF DISMISSAL
PAGE - 1

1    (3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for
2 respondent, and to Judge Donohue.

DATED this 18th day of November, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2